

ZELLER & WIELICZKO, LLP
Matthew B. Weiliczko, Esquire
Attorneys for Defendants,
City of Gloucester,
Gloucester City Police Department,
Chief of Police William Crothers, and
Officer Joseph Eller

Woodcrest Pavilion
Ten Melrose Avenue, Suite 400
Cherry Hill, New Jersey  08003
Phone:  856-428-6600

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| EDWARD BOSCO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF GLOUCESTER,<br>GLOUCESTER CITY POLICE<br>DEPARTMENT, CHIEF OF POLICE<br>WILLIAM CROTHERS, OFFICER<br>JOSEPH ELLER, AND JOHN<br>DOES 1 TO 6,<br><br>    Defendants. | Civil Action No: 07-cv-01412-RBK-AMD<br><br>Civil Action<br><br>**CONSENT ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT GLOUCESTER CITY POLICE DEPARTMENT ONLY** |

This matter having been opened to the Court by Matthew B. Wieliczko, Esquire, of ZELLER & WIELICZKO, LLP, attorneys for Defendants, City of Gloucester, Gloucester City Police Department, Chief of Police William Crothers and Officer Joseph Eller, and Justin T. Loughry, Esquire, attorney for Plaintiff appearing; and it



appearing to the Court that consent to the form and entry of the within Order having been given by counsel for Plaintiff and Defendants; and for good cause shown;

IT IS on this 11th day of AUGUST, 2008, ORDERED that Plaintiff's claims against Defendant, Gloucester City Police Department, only, SHALL BE and HEREBY ARE DISMISSED, without prejudice.

_____
HONORABLE ANN MARIE DONIO, U.S.M.J.

We hereby consent to the
form and entry of this Order:

_____
JUSTIN T. LOUGHRY, Esquire
Attorney for Plaintiff


ZELLER & WIELICZKO, LLP
Attorneys for Defendants,
City of Gloucester,
Gloucester City Police Department,
Chief of Police William Crothers and
Officer Joseph Eller

By: _____
MATTHEW B. WIELICZKO, Esquire

Ten Melrose Avenue
Suite 400
Cherry Hill, NJ 08003
P 856.428.6600
F 856.428.6314